UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL M. COLOSI,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>ARLENE A GAYLORD, ASST DIR. DOJ-FBI;<br>WILLIAM D. SPENCER, CLERK OF BOARD<br>MSPB,<br><br>　　　　　　Defendants. | 20-CV-9595 (UA)<br><br>ORDER DENYING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

　　Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed. The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　November 20, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge