UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL M. COLOSI,

                Plaintiff,

-against-                             20-CV-9595 (CM)

ARLENE A GAYLORD, ASST DIR. DOJ-FBI;      ORDER OF DISMISSAL
WILLIAM D. SPENCER, CLERK OF BOARD
MSPB,

                Defendants.

COLLEEN McMAHON, Chief United States District Judge:

      By order dated November 20, 2020, the Court denied Plaintiff's request to proceed *in forma pauperis* (IFP) and directed Plaintiff, within thirty days, to pay the $400.00 in fees required to file a civil action in this Court.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  January 4, 2021
          New York, New York

                                                COLLEEN McMAHON
                                       Chief United States District Judge

---

[1] On December 1, 2020, the filing fees required to file a federal civil action increased to $402.00 – a $350.00 filing fee plus a $52.00 administrative fee. Because Plaintiff's action was filed prior to December 1, 2020, the increased filing fees do not apply to this action.